PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 04/2021)

United States Courts
Southern District of Texas
FILED

JAN 26 2024

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF TEXAS
**HOUSTON** DIVISION

**RONALD THOMAS DRAKOS II  #01715680**
Plaintiff's Name and ID Number

**HARRIS COUNTY JAIL**
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

**HARRIS COUNTY SHERIFF Ed Gonzalez**
Defendant's Name and Address

**THE HONORABLE MELISSA MORRIS**
Defendant's Name and Address

Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? (NOT THIS IMPRISONMENT) YES X NO

  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
   1. Approximate date of filing lawsuit: _____
   2. Parties to previous lawsuit:
      Plaintiff(s) _____
      Defendant(s) _____
   3. Court: (If federal, name the district; if state, name the county.) _____
   4. Cause number: _____
   5. Name of judge to whom case was assigned: _____
   6. Disposition: (Was the case dismissed, appealed, still pending?) _____
   7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

2

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? _X_ YES ___ NO  *FURTHER EXHAUSTION WOULD BE POINTLESS*

Attach a copy of your final step of the grievance procedure with the response supplied by the institution. *DONT HAVE COPY*

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: *RONALD THOMAS DRAKOS II, 1200 BAKER, HOUSTON TX 77002*

B. Full name of each defendant, his official position, his place of employment, and his full mailing address. *ED GONZALEZ*

*4TH AMENDMENT* Defendant #1: *Failure to act deliberately indifferent to my right to be free from harm.*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*4th AMENDMENT* Defendant #2: *MELISSA MORRIS DELIBERATELY INDIFFERENT OF MY SAFETY*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: *HARRIS COUNTY JAIL*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. *REFUSES TO SANITIZE FOR BODY CRABS*

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I am being held in confinement prior to trial. I am being eaten alive by bugs due to the sheriff refusing to act. I have visible bites from the tops of my feet to my clavicle. The bites were supposedly treated with antibiotics that I have never recieved. I ended up hanging myself due to the amount of distress I am expieriancing. This jail has made little to no effer further exhaustion would be futile due to my physical injuries

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like a TRO resulting in a PR Bond to protect me from further bodily injury, infection or even death. I would also like $10,000. in monetary

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Ronald Dracos  Ronald Drakos

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.   0

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ___YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?    ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  _____ YES  _X_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date warning was issued: _____

Executed on: _____
            DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __22__ day of __January__, 20 __24__.
           (Day)              (month)           (year)

_Ronald T Drako II_
_RONALD THOMAS DRAKO II_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

ATTACHMENT #1

On top of the infestation of body lice/crabs and that they are full of blood when smashed but begin as transparent/translucent and the health concerns that accompany bloodborne pathogens and communitable disease that are posed to me as threats, this incident does involve this institutions equipment as well as deleberate indifferance as this did not happen overnight and is now possibly beyond control, my request for monetary should survive TTCA and other immunities due to the amount of lies that will be found thru discover process as well as irrepairable harm.

Dear District Clerk,

I filed a civil suit against Aaron Bryant. 1200 BAKER HOUSTON TX. is my updated address. I would greatly appreciate a docket sheet involving this case. Due to the amount of hardship I have faced upon my release from Fort Bend County Jail subsequent to the dismissal of the criminal allegations in 22-DCR-099030 I have not been able to follow up and check the status of my civil case filed and styled RONALD THOMAS DRAKOS II vs. Aaron BRYANT. I am prepared to move this case thru court now or possibly meet with MR. BRYANT to settle with a resolution. If you would please send me a docket sheet that would be an ideal place to start.

Humbly
RONALD THOMAS DRAKOS II

Dawn,

Hey you!

How are you? I hope all is well, for you and everyone on that side of the family as a whole.

Let me start with the truth, I am 100% innocent of the allegation(s) against me.

For the past year I have lived a very modest life and done well at staying out of trouble.

Last week I filed Motions in Court to begin my defense and I will win at trial if it goes that far. ☺

I had been living in my truck prior to my arrest. I'm sure it will be gone by the time I get out.

Its not all sour grapes though. I have been needing to file my lawsuit against Meadows Place Police Department for false arrest and illegal restraint. I was innocent and sat in Fort Bend County Jail 10 months before

ATTACHMENT #2 (Sec V)

Due to the amount of risk of transfer of bloodborne disease my request for an Emergency TRO due to how long I have been expieriainceing bites which have led to my illness, this institutions mockery in Grievance #'s 53544 on 1/11/24, upon looking I am not recieving #'s to identify my grievance request or appeals this proving to be futile.

(This is 4th and 8th amendment violations to be free from harm while being held as a pretrial detainee, as well as equal rights and secure in my person.)

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name RONALD THOMAS DRAKES II
SPN 01715680   Cell @ 2B2
Street 1200 BAKER
HOUSTON, TEXAS 77002

**Keefe** Commissary Network

**INDIGENT**

US POSTAGE ™ PITNEY BOWES
$ 000.88
ZIP 77002
02 4W
0000368784 JAN 24 2024

NORTH HOUSTON TX
24 JAN 2024 PM 2 L

UNITED STATES COURTHOUSE
515 RUSK AVE.
HOUSTON, TEXAS 77002

77002-250099